UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-4000

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KAISER CORNELIUS JONES, a/k/a Kazere Lewis Jones, a/k/a Kyzere Jones, a/k/a Cornelius K. Jones,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-98-147)

_____

Submitted: June 8, 1999          Decided: June 25, 1999

_____

Before HAMILTON and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Esther J. Windmueller, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Stephen W. Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kaiser Cornelius Jones appeals his conviction, pursuant to a conditional guilty plea, for possession or a firearm by a felon, in violation of 18 U.S.C.A. § 922(g)(1) (West Supp. 1999). Jones reserved in is plea agreement the right to appeal the district court's denial of his motion to suppress. Finding no error, we affirm. We agree with the district court's conclusion that the police officers who seized a firearm from Jones's person following a stop and frisk and protective search possessed "specific and articulable facts prompting a reasonable suspicion that the defendant Jones engaged in criminal activity and was armed and dangerous." Therefore, there was no constitutional violation. See United States v. King, 119 F.3d 290 (4th Cir. 1997). We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2